UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:26-CR-00093-KKC-MAS-1 At Lexington Date September 23, 2026

USA vs. Sean L. Gist aka: Sizzle, Snoop x present x custody ___ bond ___ OR Age ___

---

**DOCKET ENTRY:** The parties appeared at the detention hearing as scheduled, and United States Probation Officer Kendahl Foright was also present. The parties confirmed to the Court that they had reviewed the Pretrial Services Report. The United States reiterated its request for detention and orally requested a short continuance due to the unavailability of its witness. The defendant expressed his desire for release.

For the reasons stated in the record, the Court **GRANTS** the United States' Motion for Continuance. The Detention Hearing is **CONTINUED** to **Monday, September 28, 2026**, at **3:00 p.m**., in Lexington, before the undersigned judge.

PRESENT: HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Dulce Cornelius | Audio File | none | Cynthia T. Rieker |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant: Pamela Dae Perlman & Lisa Von Wiegen (Mentee) x Present ___ Retained x Appointed

I, Dulce Cornelius, Deputy Clerk, CERTIFY that the official record of this proceeding is an audio file KYED-LEX__5-26-CR-00093-KKC-MAS_20260923_124402.dcr

PROCEEDINGS: **DETENTION HEARING**

___ Oral motion for pretrial detention ___ GRANTED ___ DENIED ___ TAKEN UNDER ADVISEMENT

___ Hearing on motion of U.S. for pretrial detention **CONTINUED** to

x Defendant remanded to custody.

___ Defendant released on conditions as noted in a separate Order of Release.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies: COR, USP, USM Initials of Deputy Clerk: dc TIC: /6 min